460 April 2, 2025 No. 289

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN ANTHONY BARTLEY,
*Defendant-Appellant.*

Douglas County Circuit Court
23CR44027; A184434

George William Ambrosini, Judge.

Submitted February 14, 2025.

Frances J. Gray filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

After a bench trial, defendant was convicted of second-degree assault, ORS 163.175; attempted second-degree assault, ORS 161.405; ORS 163.175; and two counts of recklessly endangering another person, ORS 163.195. The trial court sentenced defendant to 57 months in prison and 36 months of post-prison supervision. Defendant's driver's license was suspended for eight years, and defendant was ordered to pay restitution to the victim. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court file, the transcript of the hearings and the bench trial, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).